United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2295

_____

Gene Allen Davenport,                    *
                                         *
             Appellant,                  *
                                         *
      v.                                 *
                                         *
Orville L. Coady, District Judge for the *
State of Nebraska, Thayer County         *
Courthouse; John Does; Arthur P.         *    Appeal from the United States
Burnes, Attorney; Joseph Murray,         *    District Court for the
Attorney; Gary R. Young, Thayer          *    District of Nebraska
County Sheriff; Nancy C. McLaughlin,     *
Clerk of the District Court; Patrick     *    [UNPUBLISHED]
Kenner, CEO, Thayer County Bank;         *
Lloyd Vancleef, CEO, Citizens State      *
Bank,                                    *
                                         *
             Appellees.                  *

_____

Submitted:  September 3, 1997
     Filed:  September 25, 1997

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Gene Allen Davenport appeals from a final order of the United States District Court[1] for the District of Nebraska, dismissing his complaint with prejudice for failing to comply with Federal Rule of Civil Procedure 8, and denying his motions for summary judgment and for default judgment. We have carefully reviewed the record and affirm on the basis of the district court's opinion. See 8th Cir. R. 47B. We deny his motion for judgment against two appellees.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, adopting the report and recommendation of the Honorable David L. Piester, United States Magistrate Judge for the District of Nebraska.